125 A.3d 773

**Vincent C. McGEE, Petitioner**

v.

**John E. WETZEL, Secretary of Corrections; Stacy P. Miller, Esq.; Centre County District Attorney's Office, Respondents.**

**No. 147 MM 2015.**

Supreme Court of Pennsylvania.

Nov. 17, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**